FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO DELGADO and BRENDA DELGADO, husband and wife; and JD GARCIA CONSTRUCTION, LLC., a Washington limited liability company, VERONICA PEREZ and DANIEL PEREZ, husband and wife; and DIESEL FARMS, LLC., a Washington Limited Liability Company,<br><br>    Defendants. | No. 2:22-CV-00270-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS PARTIES** |

Before the Court is the parties' Stipulated Motion to Dismiss Julio Delgado, Brenda Delgado, and JD Garcia Construction, LLC, ECF No. 3. The motion was considered without oral argument. Plaintiff is represented by Eric Neal, Nicholas Laboda Thomas Lether. Defendants are not represented by counsel.

The parties request that the Court accept an agreement between Julio Delgado, Brenda Delgado, JD Garcia Construction, LLC, and Kinsale Insurance Company. The parties also request that the Court dismiss Julio Delgado, Brenda

**ORDER GRANTING STIPULATED MOTION TO DISMISS PARTIES** # 1

Delgado, and JD Garcia Construction as defendants in this action. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Julio Delgado, Brenda Delgado, and JD Garcia Construction, LLC ECF No. 3, is **GRANTED**.

2. Julio Delgado, Brenda Delgado, and JD Garcia Construction LLC agree to be bound by any decision or ruling regarding coverage for claims arising from Juilo Delgado, Brenda Delgado, and JC Construction's litigation against Kinsale's policyholders under policy number 0100112717-0 made by the Court or jury in this action. Julio Delgado, Brenda Delgado, and JD Garcia Construction LLC acknowledge and agree that they have been provided with the opportunity to consult with counsel and that they sign this Stipulation free from any duress or undue influence on the part of Kinsale.

3. Pursuant to the agreement between the parties, the Court **DISMISSES** Julio Delgado, Brenda Delgado, and JD Garcia Construction LLC from this case **without prejudice** and **without fees or costs** to either Party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, remove parties as defendants, and provide copies to counsel.

**DATED** this 12th day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS PARTIES # 2**