FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KINSALE INSURANCE COMPANY, a foreign insurer,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VERONICA PEREZ and DANIEL PEREZ, husband and wife; and DIESEL FARMS, LLC., a Washington Limited Liability Company,<br><br>　　　　Defendants. | No. 2:22-CV-00270-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　　Before the Court is the parties' Stipulated Motion and Order to Dismiss Veronica Perez, Daniel Perez, and Diesel Farms, LLC., ECF No. 8. The motion was considered without oral argument. Plaintiff is represented by Eric Neal, N. Chance Laboda, and Thomas Lether. Defendants are represented by William Edelblute.

　　　The parties request that the Court accept an agreement between Veronica Perez, Daniel Perez, Diesel Farms, LLC., and Kinsale Insurance Company. The parties also request that the Court dismiss Veronica Perez, Daniel Perez, and Diesel Farms, LLC. as defendants in this action. The Court finds good cause to grant the motion.

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss and Order to Dismiss Veronica Perez, Daniel Perez, and Diesel Farms, LLC, ECF No. 8, is **GRANTED**.

2. The Court **DISMISSES** Veronica Perez, Daniel Perez, and Diesel Farms, LLC from this case **with prejudice** and **without fees or costs** to either Party.

3. All claims raised by either party in the declaratory judgment action and the above-captioned action are **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 18th day of January 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**